UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **TALESHA BROWN**, <br><br> Plaintiff, <br><br> v. <br><br> **ADVANCED HEALTHCARE HOSPITAL, LLC, D/B/A PIONEER SPECIALTY HOSPITAL**, <br><br> Defendant. | 2:19-cv-10154 <br><br> **ORDER TERMINATING MOTION FOR SUMMARY JUDGMENT PENDING SETTLEMENT NEGOTIATIONS** |

Before the Court is Plaintiff's motion for summary judgment. ECF No. 14. The Court granted Defendant's request for an extension to respond on at least four occasions. *See* ECF Nos. 17, 18, 19, and 23. On October 19, 2020, the Court granted Plaintiff's counsel Michael R. Dorfman's motion to withdraw, and also extended the response due date to November 20, 2020. ECF No. 21. Another short extension was requested, and the Court extended the due date to November 23, 2020. Defendant filed its response on November 23, 2020, ECF No. 25, and Plaintiff replied on December 3, 2020. On February 10, 2021, the Court was notified that the parties have been engaging in ongoing settlement negotiations.

As a result of ongoing settlement negotiations, the Court will terminate Plaintiff's motion for summary judgment without prejudice. *See* ECF No. 14. Plaintiff may re-file its motion for summary judgment in the event that settlement negotiations prove to be unsuccessful. Parties are directed to file a joint status report on or before April 15, 2021.

**IT IS SO ORDERED.**

Dated: February 22, 2021    s/Terrence G. Berg
                            TERRENCE G. BERG
                            UNITED STATES DISTRICT JUDGE