UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TALESHA BROWN,<br><br>Plaintiff,<br><br>vs.<br><br>ADVANCED HEALTHCARE HOSPITAL, LLC, A MICHIGAN LIMITED LIABILITY COMPANY D/B/A PIONEER SPECIALTY HOSPITAL,<br><br>Defendant. | 2:19-CV-10154-TGB<br><br>ORDER OF DISMISSAL<br><br>HONORABLE TERRENCE G. BERG |

The Court was notified that the parties had reached a resolution in this matter. Therefore, the case will be dismissed.

Accordingly, it is **ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction over this matter to enforce the terms of the settlement agreement. *See, e.g., Moore v. United States Postal Serv.*, 369 Fed. App'x 712 (6th Cir. 2010).

DATED this 30th day of September, 2021.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge